

AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| DAVID KEMP | ) | Case No. |
| | ) | |
| _____ | ) | **1:09MJ0-32.D** |
| *Defendant* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __02/10/2009__ in the county of __Hamilton__ in the __Southern__ District of __Ohio__, the defendant violated __21__ U. S. C. § __846__, an offense described as follows:

Darnell HUFFMAN, Quinell HADDEN, David KEMP, and Geneo BRONSON knowingly conspired and attempted to violate Title 21, United States Code, Section 841, that is, possessing with intent to distribute five (5) kilograms or more of a Schedule II controlled substance, to-wit: cocaine, in violation of Title 21, United States Codes, Section 846.

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DAVID F. REAMES, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __02/11/2009__

_____
*Judge's signature*

City and state: __CINCINNATI, OHIO__    TIMOTHY S. BLACK, U.S. MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

Your affiant, being duly sworn, does depose and state the following:

I, David F. Reames, am a duly sworn Special Agent of the Drug Enforcement Administration (DEA) having been so employed since February 1998. While employed with the Drug Enforcement Administration, I have received specialized training in the narcotics investigations and drug identification at the Drug Enforcement Administration training facility at Quantico, Virginia and other locations. The Attorney General of the United States has empowered me with Title 21 authority, which authorizes me to seize property, conduct search warrants, and make arrests of persons for violations of the Controlled Substances Act. This affidavit is made in support of a complaint against Darnell HUFFMAN, Quinell HADDEN, David KEMP, and Geneo BRONSON (hereinafter HUFFMAN, HADDEN, KEMP, and BRONSON), for Conspiracy to Possess With Intent to Distribute Five (5) Kilograms or more of powder cocaine, in violation of Title 21, United States Code, Sections 841 and 846. Since this affidavit is being submitted for the limited purpose of establishing probable cause supporting the arrests of HUFFMAN, HADDEN, KEMP, and BRONSON, I have not included each and every fact and circumstance which I am aware. I have set forth only those facts which I believe are necessary to establish such probable cause.

On February 10, 2009, DEA Special Agents (SA) and Task Force Agents from the DEA Cincinnati Resident Office (CRO) and the Cincinnati Police Department Central Vice Control Section (CPD-CVCS) conducted a joint investigation into the cocaine trafficking activities of BRONSON. Agents knew through a confidential and reliable source that BRONSON was attempting to purchase approximately five (5) kilograms of powder cocaine on February 10, 2009. BRONSON had arranged with others to pool their money in order to make this powder cocaine purchase.

With this in mind, your affiant and other agents and officers established surveillance in the vicinity of the 1246 Hopple Street, Cincinnati, Ohio on February 10, 2009, where agents had

reason to believe that BRONSON would meet another person with the intention of purchasing five (5) kilograms of powder cocaine. At approximately 5:51 p.m., agents and officers observed BRONSON and a second individual subsequently identified as Darnell HUFFMAN arrive in the vicinity of 1246 Hopple Street. Shortly after their arrival, HUFFMAN waited in the Wendy's located at 1246 Hopple Street, while BRONSON met with another person.

While BRONSON was meeting with another person, agents had reason to believe that he (BRONSON) was discussing the details of a cocaine purchase from another person. BRONSON and another person arranged to meet later on February 10, 2009 in order to consummate the sale of the five (5) kilograms of cocaine. The purchase price was agreed on, with part payment upon delivery and an additional amount owed at a later time.

Later on February 10, 2009, BRONSON returned to the vicinity of 1246 Hopple Street in the company of HUFFMAN, HADDEN, and KEMP. BRONSON arranged with another person the purchase of approximately five (5) kilograms of cocaine by exchanging United States currency for cocaine at 1246 Hopple Street. BRONSON placed a bag containing United States currency in the trunk of a blue Honda parked at 1246 Hopple Street and retrieved a black bag containing what he believed to be cocaine. Agents learned that the money that BRONSON provided came from KEMP and HUFFMAN.

Once BRONSON had possession of the black bag, he entered a white Toyota driven by HADDEN and that had HUFFMAN and KEMP as passengers. At that time, law enforcement officers approached, identified themselves and attempted to stop the vehicle and detain the occupants. Rather than comply, HADDEN fled the area in the vehicle, striking a police vehicle in the process. HADDEN, in a post-arrest and post-Miranda statement acknowledged that he knew that he was fleeing the police. HADDEN wrecked his vehicle, rendering it inoperable shortly after leaving the vicinity of 1246 Hopple Street. HUFFMAN and KEMP exited the vehicle and continued to flee on foot and were subsequently subdued by law enforcement officers.

Based on the above facts and circumstances, and on my experience and training, your Affiant has reason to believe, and does believe, that Darnell HUFFMAN, Quinell HADDEN, David KEMP, and Geneo BRONSON knowingly conspired and attempted to violate Title 21, United States Code, Section 841, that is, possessing with intent to distribute five (5) kilograms or more of a Schedule II controlled substance, to-wit: cocaine, in violation of Title 21, United States Codes, Section 846.

I swear that this affidavit is true to the best of my knowledge and belief and further, your affiant sayeth naught.

David F. Reames
Special Agent
Drug Enforcement Administration


Sworn to and subscribed before me this 11th day of February 2009.

The Honorable Timothy S. Black
United States Magistrate Judge
Southern District of Ohio