UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA  :  CR-1-09-020-3
                          :
                          :
                          :  **GOVERNMENT'S PLEA**
          v.              :  **AGREEMENT SUBMISSION OF**
                          :  **ELEMENTS AND PENALTIES**
                          :  **FOR 21 U.S.C. § 846**
                          :
DAVID KEMP                :  Senior Judge Spiegel

- - - - - - - - - - - - - - - - -

1. **Elements:** 21 U.S.C. § 846
   Count 1 - Conspiracy to Distribute Cocaine

   First:  That during the time period set forth in the Indictment, the persons named in the Indictment and others agreed to possess with intent to distribute and to distribute cocaine;

   Second: That the defendant joined those people in agreeing to distribute and possess with intent to distribute cocaine;

   Third:  That he did so knowingly and intentionally; and

   Fourth: That the conspiracy existed in whole or in part in the Southern District of Ohio.

2. **Penalties:**

   A. Possible Maximum:  5-40 Imprisonment, a $2,000,000.00 fine, and at least 4 Years of Supervised Release.

   B. $100.00 Assessment.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

_____
KARL P. KADON III (0009324)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax: (513) 684-2047
Karl.Kadon@usdoj.gov